# GOTLIB LAW

November 26, 2024

**MEMO ENDORSED**

*Via* **ECF & E-mail**

The Honorable Laura Taylor Swain
United States Chief Judge
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007
(SwainNYSDCorresp@nysd.uscourts.gov)

**Re:**   *United States v. Jadel Araujo,* **22 Cr. 539 (LTS)**
         *United States v. Adonys Castillo, et al.,* **23 Cr. 279 (LTS)**

Dear Chief Judge Swain,

Jacob Mitchell and I represent Jadel Araujo in the above-referenced matters pursuant to the Criminal Justice Act. I write, with the consent of the government, to respectfully request a six week adjournment of Mr. Araujo's sentencing, which is currently scheduled for December 17, 2024. This is the second request for an adjournment of Mr. Araujo's sentencing. The reason for the requested adjournment is to allow the defense additional time to prepare Mr. Araujo's sentencing submission. Accordingly, I respectfully request that the Court adjourn Mr. Araujo's sentencing approximately six weeks. I thank the Court for its consideration

Respectfully submitted,

/s/

Valerie A. Gotlib

cc:   All counsel of record (*via* ECF)

The foregoing request is granted. The sentencing hearing in this case is hereby adjourned to **January 28, 2025, at 11:00 a.m.** DE 32 resolved.
SO ORDERED.
12/3/2024
/s/ Laura Taylor Swain, Chief USDJ